UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TRAVONCE RASHAWN BACKIE, | ) | CASE NO.: 1:13-cv-00507 |
| | ) | |
| Petitioner, | ) | JUDGE JOHN ADAMS |
| | ) | |
| vs. | ) | |
| | ) | |
| ERNIE MOORE, Warden, | ) | **ORDER AND DECISION** |
| | ) | |
| Respondent. | ) | |
| | ) | |

The Court has examined the Report and Recommended Decision of Magistrate Judge Burke, submitted in this matter on April 1, 2015.  Doc. 14.  Upon due consideration, and no objections having been filed by the parties, the Court adopts the Report and recommended findings and conclusions of the Magistrate Judge and incorporates them herein.  Therefore, it is ordered that petition is hereby DISMISSED in its entirety with prejudice.

Pursuant to 28 U.S.C § 1915(a)(3), the Court certifies that Petitioner may not take an appeal from the Court's decision in good faith, and that there is no basis upon which to issue a certificate of appealability.    28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

IT IS SO ORDERED.


May 5, 2015                                    /s/ John R. Adams
                                               JUDGE JOHN R. ADAMS
                                               UNITED STATES DISTRICT JUDGE